**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JAMES L. ROUDABUSH, JR., | : | |
| | : | Civil Action No. 15-7838 (PGS) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM OPINION** |
| | : | |
| J. HOLLINGSWORTH, et al., | : | |
| | : | |
| Respondents. | : | |
|  | : | |

It appearing that:

1.  Plaintiff, a prisoner confined at FCI Fort Dix, submitted a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (Pet., ECF No. 1.)  Petitioner alleges that his health is in danger due to a denial of medical care as ordered by Dr. Turner Foster.  (Pet. 1.)  He further alleges that he is lacking a "healthy nutritious diet" and is being held in cells with mentally ill and violent inmates.  (*Id.*)  Petitioner further alleges that he is being abused, harassed and discriminated against in a conspiracy to retaliate against him for his civil actions in federal court.  (*Id.* at 1-2.)

2.  Petitioner's claims involve the conditions of his confinement, and do not challenge the execution of his sentence.  A finding in Petitioner's favor on these claims would not alter his sentence or undo his conviction.  *See Leamer v. Fauver*, 288 F.3d 532, 542 (3d Cir. 2002) ("when the challenge is to a condition of confinement such that a finding in plaintiff's favor would not alter his sentence or undo his conviction, an action under § 1983 [or Bivens] is appropriate.")

3.  Therefore, in the accompanying Order filed herewith, this Court will dismiss the present petition for lack of jurisdiction.  *See Cardona v. Bledsoe*, 681 F.3d 533 (3d Cir. 2012)

(district court correctly dismissed § 2241 petition for lack of jurisdiction where petitioner alleged his placement in prison's Special Management Unit was retaliation for his lawsuits). Petitioner may raise these issues by submitting either the $400 filing fee for a civil rights action or a properly completed *in forma pauperis* application, and a properly completed prisoner civil rights complaint. Dated:

Peter G. Sheridan, U.S.D.J.